IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND SCHAFFER, SCHAFFER ENTERPRISES LLC, ROODLY AIME and AIME ENTERPRISES LLC** : | **CIVIL ACTION** |
| v. : | |
| **GREG PARKER d/b/a G Parker Unlimited LLC, d/b/a Parker Properties Unlimited LLC d/b/a Parker Unlimited Properties LLC d/b/a Rehab Queen Ohio LLC, DANIELLE MORRIS-PARKER d/b/a G Parker Unlimited LLC, d/b/a Parker Properties Unlimited LLC d/b/a Parker Unlimited Properties LLC d/b/a Rehab Queen Ohio LLC, G PARKER UNLIMITED LLC, PARKER PROPERTIES UNLIMITED LLC, PARKER UNLIMITED PROPERTIES LLC, MAYBACH CONSTRUCTION LLC, REHAB QUEEN OHIO LLC, JOHN DOES 1 - 10** : | **NO. 21-2171** |

## ORDER

**NOW**, this 24th day of August, 2021, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

                                                              /s/ TIMOTHY J. SAVAGE J.